EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

GENERAL MOTORS CORPORATION, et al.,

    Plaintiffs,

vs.

SIMS BUICK PONTIAC, LLC, et al.,

    Defendants.

Case No. 1:06CV-450

JUDGE GAUGHAN

MAGISTRATE JUDGE BAUGHMAN

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the action filed by plaintiffs General Motors Corporation and Lakeshore Chevrolet, LLC, dba Lakeshore Buick-Pontiac is hereby dismissed with prejudice. The parties shall each bear their own costs, expenses, and attorney's fees.

Jeffrey J. Jones (0030059)
Douglas M. Mansfield (0063443)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215-2673
(614) 469-3939
Mailing Address:
P.O. Box 165017
Columbus, Ohio 43216-5017

Attorneys for Plaintiff General Motors Corp.

Georg Abakumov
Law Offices of Georg Abakumov
Reserve Square
1701 East 12th Street, Suite 3G
Cleveland, Ohio 44114
(216) 522-1555

Attorney for Lakeshore Chevrolet, LLC, dba Lakeshore Buick-Pontiac

COI-1336787v1

So Ordered.
/s/ Patricia A. Gaughan
4/24/06